Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916) 443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

United States of America,

        Plaintiff,

  vs.

Larissa Sakhanskiy,

        Defendant.

) Case No.: 2:13-cr-00160
)
) STIPULATION REGARDING EXCLUDABLE TIME
) PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS
) AND ORDER
)
) Court: Hon. Morrison C. England
) Time:  9:00 a.m.
) Date:  May 22, 2014
)

---

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on May 1, 2014.

2.    By this stipulation, defendant now moves to continue the status conference until May 22, 2014 and to exclude time between May 1, 2014 and May 22, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.    The government has provided over 6,000 pages of discovery, including investigative reports and related documents in electronic form, over 3 hours of audio taped interviews with Sacramento Metropolitan Fire investigators and local law enforcement and other witnesses and photographs.

b.    Counsel for defendant continues to review discovery with Ms. Sakhaniskiy and actively investigate this matter.  Counsel desires additional time to consult with

-1-

her client, to continue investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

c.     Counsel for defendant believes that failure to grant the above-requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     The government does not object to the continuance.  Co-defendant, Alexander Sakhaniskiy, will remain on calendar on May 1, 2014 regarding the status of his representation.

e.     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f.     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2013 to January 30, 2013 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 22, 2014          Respectfully submitted,

///
///
///
///
///
///
///
///
///
///
///
///
///

___/s/ Shari Rusk___
                              Shari Rusk
                              Attorney for Defendant
                              Larisa Sakhanskiy


                              /s/ Michael Anderson
                              Michael Anderson
                              Assistant United States Attorney


                                **ORDER**

        The Court finds that a continuance is necessary for the reasons stated

above and that the ends of justice served by granting a continuance outweigh

the best interests of the public and the Defendant in a speedy trial.  The

Court finds excludable time through May 22, 2014, based on Local Code T4,

giving counsel reasonable time to prepare.

        IT IS SO ORDERED.

Dated:  April 28, 2014

                              _____
                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                              UNITED STATES DISTRICT COURT