Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>    v.<br><br>Larissa Sakhanskiy.,<br><br>        Defendant. | Case No.: 2:13-CR-00160 MCE<br><br><u>STIPULATION REGARDING EXCLUDABLE TIME</u><br><u>PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS</u><br><u>AND ORDER</u><br><br>Court: Hon. Morrison C. England<br>Time: 9:00 a.m.<br>Date: June 19, 2014 |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 22, 2014.

2. By this stipulation, defendant now moves to continue the status conference until June 19, 2014, the date that co-defendant, Alexander Sakhaniskiy is on calendar, and to exclude time between May 22, 2014 and June 19, 2014 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has provided over 6,000 pages of discovery, including investigative reports and related documents in electronic form, over 3 hours of audio taped interviews with Sacramento Metropolitan Fire investigators and local law enforcement and other witnesses and photographs.

    b. Counsel for defendant continues to review discovery with Ms. Sakhaniskiy

-1-

and actively investigate this matter. Counsel desires additional time to consult with her client, to continue investigation and research related to the charges, to review and copy discovery for this matter, to discuss potential resolutions with her client, to prepare pretrial motions, and to otherwise prepare for trial.

    c.    Counsel for defendant believes that failure to grant the above-requested continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d.    The government does not object to the continuance. Co-defendant, Alexander Sakhaniskiy, is on calendar on June 19, 2014 and should have the status of his representation resolved by that time.

    e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 22, 2014 to June 19, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 19, 2014               Respectfully submitted,


                                      ___/s/ Shari Rusk___
                                      Shari Rusk
                                      Attorney for Defendant
                                      Larisa Sakhanskiy


                                      /s/ Michael Anderson
                                      Michael Anderson
                                      Assistant United States Attorney

**ORDER**

Based on the reasons set forth in the stipulation of the parties, and good cause appearing therefrom, the Court adopts the stipulation of the parties in its entirety. The status conference currently set for May 22, 2014, is vacated and the hearing is set for June 19, 2014, at 9:00 AM in courtroom 7. The Court finds that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial. For the reasons stated in the parties' stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is excluded from May 22, 2014 to June 19, 2014, inclusive, pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv), and Local Code T4.

IT IS SO ORDERED.

Dated: May 21, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT