Shari Rusk, Bar No. 170313
Attorney at Law
P.O. Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 13-160 CKD |
| Plaintiff, | ) WAIVER OF DEFENDANT'S PRESENCE<br>) [Fed.R.Crim. Pro. 43] |
| vs. | ) Court: Hon. Judge Carolyn Delaney<br>) Date: December 1, 2015<br>) Time: 2 p.m. |
| Larisa Sakhanskiy, | ) |
| Defendant. | ) |

    Larisa Sakhanskiy hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence. The defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver, agrees that her interests will be deemed represented at all times by the presence of her attorney the same as if she were personally present, and further agrees to be present in Court and ready for trial any day and hour the Court may fix in her absence.

The defendant further acknowledges that she has been informed of her rights under 18 U.S.C. § 3161 – 3174 (the Speedy Trial Act), and authorizes her attorney to set times and delays under that act without her being present. With the Court's permission, Mrs. Sakhanskiy respectfully requests that this Court accept her waiver of appearance when the statute deems her presence inessential and this Court consents. The reason for this request is that Larisa Sakhanskiy's mother was hit by a car last week and passed away. Her funeral is tomorrow, Wednesday, December 2, 2015 at 10 a.m. Mrs. Sakhanskiy requests this Court allow her to be temporarily released to attend her mother's funeral. Due to the suddenness of this unexpected tragedy, there is not sufficient time for the marshals to transport Mrs. Sakhanskiy to court for the 2 p.m. calendar today. Therefore, she requests that a waiver of her appearance be accepted by the Court so it may proceed on this motion in her absence.

Dated: December 1, 2015           Respectfully submitted,


                                                      /s/ Shari Rusk
                                                   Shari Rusk
                                                   Attorney for Defendant
                                                   Larisa Sakhanskiy


                                                   /s/ Larisa Sakhanskiy
                                                   DEFENDANT
                                                   Larisa Sakhanskiy

///
///
///
///

**ORDER**

IT IS SO ORDERED.

Dated: December 2, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE