UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>LARISA SAKHANSKIY,<br><br>Movant. | No. 2:13-cr-00160 MCE-AC-2<br><br><br><br>ORDER |

Movant Larisa Sakhanskiy, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255 (ECF No. 234), together with a supporting memorandum (ECF No. 237).[1] This matter was referred to the undersigned on January 6, 2020. Since movant may be entitled to the requested relief if she can establish a violation of her constitutional rights, respondent is directed to file an answer within thirty days of the effective date of this order. See Rule 4, Rules Governing Section 2255 Proceedings.

Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the motion. Rule 5, Rules Governing Section 2255 Proceedings. Movant's traverse, if any, is due on or before thirty days from the date respondent's answer is filed.

---

[1] Movant's memorandum filed July 11, 2019 (ECF No. 237) reproduces in full the arguments previously set forth in her memorandum filed May 28, 2019 (ECF No. 236). Therefore, only the memorandum filed July 11, 2019 (ECF No. 237) will be considered in support of movant's pending motion.

1

1   If respondent files a motion to dismiss rather than an answer, movant's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

The Clerk of the Court shall serve a copy of this order, together with a copy of movant's motion, on the United States Attorney or his authorized representative.

IT IS SO ORDERED.

DATED: January 7, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE