# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Respondent,<br><br>　　v.<br><br>LARISA SAKHANSKIY,<br><br>　　　　　Movant. | No.  2:13-cr-0160-MCE-AC-2<br><br><br>ORDER |

Movant requests an extension of time to file a reply to respondent's opposition to movant's motion to vacate, set aside, or correct her sentence pursuant to 28 U.S.C. § 2255.  Good cause appearing, IT IS HEREBY ORDERED that:

　　1. Movant's request for extended time, ECF No. 255, is granted; and

　　2. Movant shall file and serve her reply within sixty (60) days after the filings date of this order.

DATED: May 13, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE