UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-0160-MCE-AC-2 |
| Respondent, | |
| v. | ORDER |
| LARISA SAKHANSKIY, | |
| Movant. | |

Movant requests appointment of counsel to support the request for compassionate release she submitted on May 5, 2020 to the Federal Bureau of Prisons under 18 U.S.C. § 3582(c)(1)A). This court has no authority to appoint legal assistance for federal prisoners in administrative matters.  Even in Section 2255 proceedings, like the instant case, there is no absolute right to appointed counsel.  See Irwin v. United States, 414 F.2d 606 (9th Cir. 1969); cf. 18 U.S.C. § 3006A (appointment of counsel in Section 2255 proceeding warranted "if the interests of justice so require"); accord, Rule 8(c), Rules Governing Section 2255 Proceedings.

Accordingly, IT IS HEREBY ORDERED that movant's request for appointment of counsel, ECF No. 257, is DENIED.

DATED: June 3, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE