PHILLIP A. TALBERT
United States Attorney
PEDRO NAVEIRAS
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA   93309
Telephone: (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00160-TLN-AC |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| LARISA SAKHANSKIY, | |
| Defendant. | |

On September 24, 2024, the United States requested an extension of time to October 4, 2024, to file its response to Defendant's third *pro se* motion for compassionate release.  Docket No. 299.

IT IS HEREBY ORDERED that the United States' request for an extension is granted.  The response is now due October 4, 2024.

Dated: September 25, 2024

_____
Troy L. Nunley
Chief United States District Judge