PHILLIP A. TALBERT
United States Attorney
PEDRO NAVEIRAS
Assistant United States Attorney
4550 California Avenue, Suite 640
Bakersfield, CA   93309
Telephone:  (661) 489-6150
Facsimile:  (661) 489-6151

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00160-TLN |
| Plaintiff, | ORDER SEALING DOCUMENTS  AS SET FORTH IN GOVERNMENT'S NOTICE |
| v. | |
| LARISA SAKHANSKIY, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representations contained in the government's Request to Seal, IT IS HEREBY ORDERED that Exhibit 2 to the government's opposition to the defendant's motion for compassionate release pertaining to defendant Larisa Sakhanskiy, and the Government's Request to Seal, shall be SEALED until further order of the Court.

It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

///

///

///

///

///

///

1

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the government's Request, sealing the Request and Exhibit 2 serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed.  In light of the public filing of the government's Notice to Seal, the Court further finds that there are no additional alternatives to sealing the government's Request and Exhibit 2 that would adequately protect the compelling interests identified by the government.

DATED: November 5, 2024

Troy L. Nunley
Chief United States District Judge

Order Sealing Documents As Set Forth In
Government's Notice

2